IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DANIA NEKA RICHARDSON** | : | **CIVIL ACTION** |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| **TRANSWORLD SYSTEMS, INC.,** | : | |
| **ET AL** | : | **NO. 16-3850** |
| Defendant. | | |

## O R D E R

**AND NOW, TO WIT:** This 20th day of December, 2016, it having been reported that the issues among the parties in the above action have been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court , it is

**ORDERED** that the above action is **DISMISSED** with prejudice, pursuant to agreement of counsel without costs.

LUCY V. CHIN, Interim Clerk of Court

**BY:**   S/Rose A. Barber
Deputy Clerk
Rose A. Barber
267-299-7352

Copies sent by ECF to:
Aaron R. Easley
Gregory J. Gorski
James J. Jarecki
Mark D. Mailman